■ LEON R. KOZIOL, Appellant, v KELLY HAWSE KOZIOL, Respondent. (Appeal No. 2.) [874 NYS2d 849]—Appeal from a judgment of the Supreme Court, Oneida County (John W. Grow, J.), entered September 25, 2007 in a divorce action. The judgment, insofar as appealed from, determined custody and plaintiff's support obligations in accordance with a stipulation of settlement and modification agreement that were incorporated but not merged in the judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Koziol v Koziol* (60 AD3d 1433 [2009]). Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

■ LEON R. KOZIOL, Appellant, v KELLY HAWSE KOZIOL, Respondent. (Appeal No. 3.) [874 NYS2d 848]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered November 28, 2007 in a divorce action. The order, insofar as appealed from, denied plaintiff's request to amend the caption and settled the record on appeal.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Koziol v Koziol* (60 AD3d 1433 [2009]). Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

■ LEON R. KOZIOL, Appellant, v KELLY HAWSE KOZIOL, Respondent. (Appeal No. 4.) [874 NYS2d 848]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered December 6, 2007 in a divorce action. The order, insofar as appealed from, denied the cross motion of plaintiff for custody and/or parenting time.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Koziol v Koziol* (60 AD3d 1433 [2009]). Present—Scudder, P.J., Smith, Centra and Fahey, JJ.